UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00438

**Judy D. Brown,**
*Plaintiff,*

v.

**Alixa-RX et al.,**
*Defendants.*

### FINAL JUDGMENT

The court, having considered plaintiff's case and rendered its decision by opinion, hereby enters final judgment in this matter. Plaintiff's claims brought pursuant to 31 U.S.C. § 3729(a)(1), 31 U.S.C. § 3730(b)(1), and 18 U.S.C. § 1347 are dismissed without prejudice. Plaintiff's claim brought pursuant to 31 U.S.C. § 3730(h) is dismissed with prejudice. All pending motions are denied as moot. The clerk of court is directed to close the case.

*So ordered by the court on November 17, 2023.*

J. CAMPBELL BARKER
United States District Judge